IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRI-CITIES HOLDINGS LLC, JANE DOE NOS. 1-2, AND JOHN DOE NOS. 1-6, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:13-cv-00669 |
| v. | ) ) ) | Judge Haynes |
| TENNESSEE HEALTH SERVICES AND DEVELOPMENT AGENCY; CITY OF JOHNSON CITY, TENNESSEE; JOHNSON CITY BOARD OF COMMISSIONERS; AND JOHNSON CITY BOARD OF ZONING APPEALS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**TENNESSEE HEALTH SERVICES AND DEVELOPMENT AGENCY'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT [Doc. 38]**

The State Defendant, Tennessee Health Services and Development Agency ("HSDA"), hereby respectfully requests that the Court grant it additional time to respond to the Plaintiffs' Motion for Partial Summary Judgment, which, along with a supporting memorandum of law and voluminous exhibits, declarations, and seventy-eight (78) alleged "undisputed material facts," was filed over a two day period on August 28 and 29, 2013. [Docs. 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57]. The State Defendants' response to the motion is presently due on September 18, 2013.

For reasons that are set out in the Memorandum Brief [Doc. 68] accompanying the Johnson City Defendants' Motion for Additional Time to Respond to the Motion for Partial

Summary Judgment [Doc. 67], which the HSDA adopts as reasons for its own request for additional time, the HSDA seeks an order that (1) excuses the HSDA from responding to the Motion for Partial Summary Judgment on September 18, 2013; and (2) rules that if the pending Motion for Change of Venue is denied, this Court will address at the Initial Case Management Conference a deadline for the HSDA's response to the Motion for Partial Summary Judgment. That deadline should take into account the need for some discovery to respond to the Plaintiffs' motion, and the enormous volume of exhibits, declarations and alleged "undisputed material facts" to which the HSDA must respond.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

s/Sue A. Sheldon
SUE A. SHELDON (TN BPR # 015295)
Senior Counsel
SARA E. SEDGWICK (TN BPR # 004336)
Senior Counsel
Office of the Tennessee Attorney General
P. O. Box 20207
Nashville, Tennessee 37202
(615) 741-2640

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record through the Electronic Filing System on this 12th day of September, 2013:

Rick Piliponis, Esq.
116 Third Avenue, South
Nashville, Tennessee 37201

James A. Dunlap Jr., Esq.

2

James A. Dunlap Jr. & Assoc. LLC
301 Windsor Gate Cove NE
Atlanta, Georgia 30342

K. Erickson Herrin
HERRIN, BOOZE & McPEAK
515 E. Unaka Avenue
Johnson City, Tennessee 37601

   s/Sue A. Sheldon
   SUE A. SHELDON