UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| Tri-Cities Holdings LLC, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:13-cv-669 |
| v. | ) |
| | ) CHIEF JUDGE HAYNES |
| | ) |
| Tennessee Health Service and | ) |
| Development Agency, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

*[handwritten notation: motion granted]*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF TO TENNESSEE HEALTH SERVICES AND DEVELOPMENT AGENCY'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COME NOW Plaintiff Tri-Cities Holdings LLC ("TCH"), Plaintiffs Jane Doe Nos. 1-2 and Plaintiffs John Doe Nos. 1-6. ("Individual Plaintiffs"), by and through undersigned counsel, and move this Court to allow Plaintiffs to file a Reply to Defendant Tennessee Health Services and Development Agency's Response to Plaintiffs' Motion for Preliminary Injunction.:

Local Rule 7.01 allows a party to file a reply brief upon leave of the Court. LR 7.01(b).

Plaintiffs pray that this Court allow Plaintiffs to file a Reply Brief as set forth in the attached Exhibit A.

Dated November 7, 2013.

                                      **s/James A. Dunlap Jr.**
                                      James A. Dunlap Jr. & Assoc. LLC
                                      Georgia State Bar No. 003280
                                      310 Windsor Gate Cove NE
                                      Atlanta, Georgia 30342
                                      404-354-2363